# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:19-CV-00197-MOC-WCM

| | |
|---|---|
| LESLIE E. KLINE, on her own behalf and on behalf of B.A.W. and J.T.W., minors under the age of eighteen, and JEFFERY A. KLINE, on his own behalf, <br><br> Plaintiffs, <br> vs. <br><br> CLEVELAND COUNTY, a local government entity, et al., <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff B.A.W.'s motion for substitution of real party in interest (Doc. No. 65) and on Defendant White's request to appoint a neutral guardian ad litem for J.T.W., a minor (Doc. Nos. 38, 66). The Court held a hearing on February 13, 2020, during which it indicated that it planned to grant B.A.W.'s substitution motion and to appoint Leslie Kline as J.T.W.'s guardian ad litem. Still, the Court permitted additional briefing on these issues. Defendant White requested the Court to appoint a "neutral person, not affiliated in any way with any party" to represent J.T.W. (Doc. No. 66 at 6). Plaintiff Leslie Kline did not respond. To ensure adequate consideration of all outstanding motions, the Court enters the following Order.

**IT IS ORDERED** that Plaintiff B.A.W.'s Motion for Substitution of Real Party in Interest (Doc. No. 65) is **GRANTED**, and B.A.W. **SHALL** file a notice with the Court **within fourteen days** indicating whether he will continue as a party to this lawsuit.

**IT IS FURTHER ORDERED** that Plaintiff Leslie Kline **SHALL** respond **within fourteen days** to Defendant White's request to appoint a neutral guardian at litem for J.T.W. (Doc. No. 65). Specifically, her response **SHALL** address: (1) whether the Court should appoint a

neutral guardian ad litem; (2) whether any of Defendant White's suggested appointees are sufficiently neutral to serve as guardian at litem; and (3) whether Plaintiff Leslie Kline has any additional recommendations for guardian ad litem. The parties are encouraged to discuss the issue with one another to arrive an appropriate guardian ad litem.

**SO ORDERED.**

Signed: March 10, 2020

Max O. Cogburn Jr
United States District Judge