# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:19-CV-00197-MOC-WCM

| | |
|---|---|
| LESLIE E. KLINE, on her own behalf and on behalf of J.T.W., a minor under the age of eighteen, JEFFERY A. KLINE, on his own behalf, and BRYAN ANDERSON WHITE, on his own behalf,<br><br>      Plaintiffs,<br><br>vs.<br><br>CLEVELAND COUNTY, a local government entity, et al.,<br><br>      Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Bryan Anderson White's unopposed Motion for Voluntary Dismissal with Prejudice of his action (Doc. No. 69). On August 27, 2019, Plaintiff Leslie Kline filed an Amended Complaint against Defendants, both individually, and as the parent of Bryan White and J.T.W., both whom were minors at the date of filing (Doc. No. 17). Four days later, Bryan White turned eighteen. (Doc. No. 65). He then filed a motion requesting the Court to substitute him as the real party of interest, in place of Plaintiff Leslie Kline. (Id.). The Court granted that motion, ordering Plaintiff Bryan White to "file a notice with the Court . . . indicating whether he will continue as a party to this lawsuit." (Doc. No. 67 at 1). He responded that he wished to be dismissed from this lawsuit. (Doc. No. 69 at 2). Furthermore, he represented that he informed counsel for all other Plaintiffs and for all Defendants, and none objected to dismissal. (Id. at 1). Having considered the matter, the Court now enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff Bryan Anderson White's unopposed Motion for Voluntary Dismissal with Prejudice of his action (Doc. No. 69) is **GRANTED**, his claims are **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to remove Bryan Anderson White ("B.A.W") as a plaintiff from the caption of this action.

Signed: March 25, 2020

Max O. Cogburn Jr
United States District Judge