IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 197 MOC WCM

| | |
|---|---|
| **LESLIE E. KLINE,** on her own behalf and on behalf of B.A.W. and J.T.W., minors under the age of eighteen and, **JEFFERY A. KLINE,** on his own behalf, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| **CLEVELAND COUNTY,** a local government entity; **KAREN PRITCHARD,** former director of Cleveland County Department of Social Services, in her official and individual capacities; **KATIE SWANSON,** director of Cleveland County Department of Social Services, in her official capacity; **TAMARA HARDIN,** Cleveland County Department of Social Services Child Protective Services social worker supervisor, in her official and individual capacities; **PAM BRIGHT,** former Cleveland County Department of Social Services Child Protective Services social worker supervisor, in her official and individual capacities; **NICHOLE ALLEN,** Cleveland County Department of Social Services Child Protective Services Social Worker, in her official and individual capacities; **DEBI REECE,** Cleveland County Department of Social Services Child Protective Services social worker, in her official and individual capacities; **CHRISTOPHER LEE,** Cleveland County Department of Social Services Child Protective Services social worker, in his official and individual capacities; and **JOHNNY ANDERSON WHITE,** in his individual capacity, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. ) ) | |
| _____ ) | |

This matter is before the Court *sua sponte* for case management purposes.

On August 27, 2019, Plaintiffs filed an Amended Complaint. Doc. 17.

Following a ruling by the District Court on various motions to dismiss, answers were filed by Defendant Cleveland County and the individual defendants (in their individual capacities). Docs. 78 & 81. Additionally, the individual defendants have filed a Motion to Dismiss the claims that are asserted against them in their official capacities. Doc. 79.

Considering that the Motion to Dismiss, if granted, would be dispositive only as to the official capacity claims and not as to the individual capacity claims, and further considering the original filing date of this matter (June 20, 2019), the undersigned finds that issues should be deemed to have joined so that discovery may commence. Accord LCvR 16.1(d).

Accordingly, the parties are directed to conduct an Initial Attorneys' Conference pursuant to Local Civil Rule 16.1 by May 21, 2020.

It is so ordered.

Signed: May 7, 2020

W. Carleton Metcalf
United States Magistrate Judge