UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00197-MOC-WCM

| | |
|---|---|
| **LESLIE E. KLINE, ON HER OWN BEHALF, et al,** | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) ) |
| **CLEVELAND COUNTY, et al** | ) ) |
| Defendants. | ) |

**ORDER CONCERNING SECTION 636(c) REFERRAL**

**THIS MATTER** is before the Court on its own motion regarding the parties' consent to the exercise of jurisdiction by a United States Magistrate Judge, submitted in accordance with 28, United States Code, Section 636(c), Rule 73, Federal Rules of Civil Procedure, and Local Civil Rule 73.1.

In accordance with the *Amended Standing Order of Referral* (#2), 3:11mc25 (effective January 1, 2019), the Court has considered reassignment of this matter based on the written consent of the parties. Accordingly, the Clerk of Court is **HEREBY** directed to:

☐ Assign this matter to a United States Magistrate Judge; or

☒ Vacate the Section 636(c) referral in accordance with Rule 73(c) and retain the assignment with the United States District Judge.

Signed: May 28, 2020

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge