UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-197-MOC-WCM

| | |
|---|---|
| **LESLIE E. KLINE, on her own behalf** ) <br> **and on behalf of J.T.W., a minor under the** ) <br> **age of eighteen, and JEFFERY A. KLINE,** ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> **CLEVELAND COUNTY, a local** ) <br> **government entity, et al.,** ) <br> ) <br> Defendants. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on a Motion for Voluntary Dismissal, filed by Plaintiff John Thomas White, filed pursuant to Federal Rules of Civil Procedure 41(a)(2), in which he seeks dismissal of all of his claims against all Defendants. (Doc. No. 151). The Court **GRANTS** the motion. Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Signed: April 13, 2021

Max O. Cogburn Jr
United States District Judge