IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Leslie E. Kline, on her own behalf and on behalf of B.A.W. and J.T.W., minors under the age of eighteen, <br><br> and <br><br> Jeffery A. Kline, on his own behalf, <br><br> Plaintiffs, <br><br> Vs. <br><br> Cleveland County, a Local Government Entity, et al. <br><br> Defendants. | STIPULATION OF DISMISSAL <br><br><br><br><br><br> FILE NO. 1:19-CV-197 |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties file this voluntary stipulation of dismissal of the above-captioned action with prejudice. All claims raised in the Amended Complaint, or which were required by law to be raised in the Amended Complaint, and all claims raised in any Counterclaims, or which were required by law to be raised as Counterclaims, are hereby dismissed with prejudice.

Respectfully submitted,

This the 11th day of May, 2021.

/s/ Rebecca T. McNerney
Rebecca T. McNerney
Attorney for Plaintiffs
NC Bar # 42296
200 S. Broome Street

Waxhaw, North Carolina 28173
Phone: (980) 300-0144
Email: rebecca@rebeccamcnerneylaw.com

*/s/ Martha R. Thompson*
Martha R. Thompson
Attorney for Cleveland County and
Individual DSS Defendants (Karen Pritchard, Pam Bright, Tamela Hardin, Chris Lee, Debi Reece, Nicole Allen)
NC Bar # 16020
PO Box 1210
Shelby, North Carolina 28151-1210
Phone: 704-476-3089
Email: martha.thompson@clevelandcountync.gov

*/s/ Mark C. Kurdys*
Mark C. Kurdys
Attorney for Johnny White
NC Bar # 13374
2358 US Hwy 70 Suite D
Swannanoa, NC 28778
Phone: 828-581-0590
Email: mark@kurdyslaw.com